# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 9, 2015

### NO. 03-13-00719-CV

**Trent Alvon Smith, Appellant**

**v.**

**241st District Court of Smith County, Texas;
and 114th District Court of Smith County, Texas, Appellees**

---

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the interlocutory order signed by the trial court on October 16, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order granting the District Courts' plea to the jurisdiction. Therefore, the Court affirms the trial court's order. Because Smith is indigent and unable to pay costs, no adjudication of costs is made.